IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

INTERNATIONAL FRESH PRODUCE
ASSOCIATION, et al.,                                                                    PLAINTIFFS

VS.                                              CIVIL ACTION NO. 1:24CV309-HSO-BWR

UNITED STATES DEPARTMENT
OF LABOR, et al.,                                                                        DEFENDANTS

### JOINDER IN THE PRIVATE PLAINTIFFS' MOTION FOR A SECTION 705 STAY OR PRELIMINARY INJUNCTION

Plaintiff the State of Mississippi hereby joins in part the Private Plaintiffs' Motion for a Section 705 Stay or Preliminary Injunction (Dkt. 17) seeking a stay of the U.S. Department of Labor's regulation titled *Improving Protections for Workers in Temporary Agricultural Employment in the United States*, 89 Fed. Reg. 33,898 (April 29, 2024) (the "Rule"), or, in the alternative, an order temporarily enjoining defendants from enforcing or implementing the Rule. The State hereby adopts and incorporates the claims, arguments, and requests for relief set forth in the Private Plaintiffs' motion (Dkt. 17) and supporting memorandum (Dkt. 18), except those claims and arguments pertaining to the Private Plaintiffs' First Amendment causes of action set forth in the Introduction and Section I. B. of the memorandum (Dkt. 18 at 1, 14-20) and as referenced in Section II on the Private Plaintiffs' irreparable harm (Dkt. 18 at 20-21). The State of Mississippi has not asserted any such First Amendment claims in the complaint filed in this lawsuit and takes no position on the merits of the arguments submitted by the Private Plaintiffs on such claims.

In further support of the equitable factors that favor granting the plaintiffs a stay or preliminary-injunctive relief, the State submits the attached Declaration of Marcus Estes detailing the costs and harms inflicted on the State by the Rule.

Dated: October 21, 2024

                                        Respectfully submitted,

                                        The State of Mississippi

LYNN FITCH,
ATTORNEY GENERAL

Whitney H. Lipscomb (Bar No. 104326)
  Deputy Attorney General
Justin L. Matheny (Bar No. 100754)
  Deputy Solicitor General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*