IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL FRESH PRODUCE ASSOCIATION, et al. | § § § § | PLAINTIFFS |
| v. | § § | Civil No. 1:24-cv-309-HSO-BWR |
| UNITED STATES DEPARTMENT OF LABOR, et al. | § § § | DEFENDANTS |

## ORDER SETTING HEARING ON MOTION [17] FOR PRELIMINARY INJUNCTION AND SECTION 705 STAY

The above captioned cause has been set for hearing on **Monday, November 18, 2024, at 1:30 p.m., before U.S. District Judge Halil Suleyman Ozerden, in Courtroom #806, United States Courthouse, 2012 15th Street, Gulfport, Mississippi**.  The Court at that time will hear from the parties on Plaintiffs' Motion [17] for Preliminary Injunction and Section 705 Stay.  The parties should be prepared to present their arguments with regard to the Motion [17] and any Response by Defendants.  Plaintiffs are directed to provide actual notice to Defendants of this hearing on or before 5:00 p.m. on Monday, October 28, 2024, and will be required to provide proof of this notice at the hearing.

**SO ORDERED AND ADJUDGED**, this the 22nd day of October, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE