FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

INTERNATIONAL FRESH            Plaintiffs
PRODUCE ASSOCIATION, et al.,

  v.

                                            CIVIL ACTION    1:24-cv-00309-HSO-BWR
                                            NO.

UNITED STATES DEPARTMENT OF
LABOR, et al.            Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name: Adam R. Pulver

Firm Name: Public Citizen Litigation Group

Office Address: 1600 20th Street NW

City: Washington  State DC  Zip 20010

Telephone: 202-588-7790  Fax:

E-Mail: Apulver@citizen.org

(B)  Client(s): Centro de los Derechos del Migrante; Candelario Rodriguez Serrano

Address: 711 W 40th Street, Suite 412

City: Baltimore  State MD  Zip 21212

Telephone: 410-783-0236  Fax: 443-817-0806

The following information is optional:

1

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

I have represented Centro de los Derechos del Migrante and its clients in other Administrative Procedure Act litigation involving the H-2A and H-2B visa programs, including Davila Calixto v. Walsh, D.D.C. Civ. No. 19-1853, and Kansas v. Deparment of Labor, S.D. Ga. No. 2:24-cv-76, which concerns the same rule being challenged in this action.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I have substantial expertise as to both the statutory scheme at issue in this case and Administrative Procedure Act litigation.

(C)   I am admitted to practice in the:

☐      State of _____

☑      District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

District of Columbia Court of Appeals
430 E Street NW
Washington, DC 20001
https://www.dccourts.gov/court-of-appeals  (202) 879-2700

The District of Columbia Bar
www.dcbar.org  202.737.4700

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

Jurisdiction                                                Period of  Admission

See attached

|  | | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ⦿ |
| | Have you had admission pro hac vice revoked in this state? | ○ | ⦿ |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ⦿ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  | | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ⦿ |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

                                                                       Yes     No

(F)    Have you been formally held in contempt or otherwise sanctioned by any court in a written order  in the last five years for disobeying its rules or orders?    ◯    ◉

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)      Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None | | |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in
        this state within the immediately preceding twelve months, are presently appearing
        as counsel pro hac vice, or have pending applications for admission to appear pro
        hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

None

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)     Please provide the following information about the resident attorney who has been
        associated for this case:

Name and Bar Number     Robert McDuff, MS Bar 25332

Firm Name:   Mississippi Center for Justice

Office Address:  P.O. Box 1023

City: Jackson            State: MS        Zip: 39215

Telephone: 601-259-8484`     Fax:

Email address:  rbm@mcdufflaw.com

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with
        Applicant in this matter and to the appearance as attorney of record with Applicant.

                                                    s/ Robert McDuff
                                         _____
                                                      Resident Attorney


        I certify that the information provided in this Application is true and correct.


        10/28/24                              _____
        _____
             Date                            Applicant's Handwritten Signature


        Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
        Court must be enclosed with this Application.



                            CERTIFICATE OF SERVICE

        The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

                        28th          October              24
        This the _____ day of _____, 20___.



                                                    s/ Robert McDuff
                                         _____
                                                      Resident Attorney

*Pulver Pro Hac Vice Application Attachment*

1:24-cv-00309-HSO-BWR

**Additional courts**

| Jurisdiction | Period of Admission |
| --- | --- |
| United States Supreme Court | 2017 to present |
| U.S. Court of Appeals for the 2nd Circuit | 2010 to present |
| U.S. Court of Appeals for the 3rd Circuit | 2010 to present |
| U.S. Court of Appeals for the 4th Circuit | 2024 to present |
| U.S. Court of Appeals for the 5th Circuit | 2017 to present |
| U.S. Court of Appeals for the 6th Circuit | 2022 to present |
| U.S. Court of Appeals for the 7th Circuit | 2022 to present |
| U.S. Court of Appeals for the 8th Circuit | 2019 to present |
| U.S. Court of Appeals for the 9th Circuit | 2010 to present |
| U.S. Court of Appeals for the 10th Circuit | 2023 to present |
| U.S. Court of Appeals for the D.C. Circuit | 2018 to present |
| U.S. District Court for the Central District of California | Inactive (Active 2013-2014) |
| U.S. District Court for the District of Colorado | Inactive (Active 2010-2017) |
| U.S. District Court for the Eastern District of New York | 2011 to present |
| U.S. District Court for the Northern District of California | Inactive (Active 2011-2014) |
| U.S. District Court for the Southern District of New York | 2011 to present |
| U.S. District Court for the District of Columbia | 2017 |
| Courts of the State of New York | 2009 to present |
| Courts of the State of California | Inactive (Active 2009-2014) |