# **EXHIBIT B**

## APPLICATION FOR ADMISSION PRO HAC VICE

**(C) All other courts before which I have been admitted to practice:**

| Court | Admission Date |
|---|---|
| District of Columbia | November 1, 2013 |
| State of North Carolina | August 20, 2021 |
| State of Virginia | October 12, 2012 |
| Supreme Court of the United States | April 2, 2018 |
| U.S. Court of Appeals for the First Circuit | June 23, 2020 |
| U.S. Court of Appeals for the Second Circuit | July 8, 2016 |
| U.S Court of Appeals for the Third Circuit | December 2, 2022 |
| U.S. Court of Appeals for the Fourth Circuit | May 10, 2022 |
| U.S. Court of Appeals for the Fifth Circuit | April 14, 2020 |
| U.S. Court of Appeals for the Sixth Circuit | May 10, 2022 |
| U.S. Court of Appeals for the Seventh Circuit | May 6, 2016 |
| U.S. Court of Appeals for the Eighth Circuit | May 23, 2022 |
| U.S. Court of Appeals for the Ninth Circuit | March 4, 2016 |
| U.S. Court of Appeals for the Tenth Circuit | August 19, 2019 |
| U.S. Court of Appeals for the Eleventh Circuit | February 24, 2021 |
| U.S Court of Appeals for the D.C. Circuit | May 25, 2022 |
| U.S. Court of Appeals for the Federal Circuit | March 11, 2016 |
| U.S. District Court for the District of Columbia | June 2, 2014 |