# EXHIBIT B

## APPLICATION FOR ADMISSION PRO HAC VICE

**(C) All other courts before which I have been admitted to practice:**

| Court | Admission Date |
|---|---|
| District of Columbia | February 5, 2018 |
| U.S. Court of Appeals for the First Circuit | January 30, 2023 |
| U.S. Court of Appeals for the Second Circuit | December 13, 2022 |
| U.S Court of Appeals for the Third Circuit | January 5, 2022 |
| U.S. Court of Appeals for the Fifth Circuit | January 14, 2021 |
| U.S. Court of Appeals for the Sixth Circuit | April 7, 2020 |
| U.S. Court of Appeals for the Seventh Circuit | May 29, 2018 |
| U.S. Court of Appeals for the Ninth Circuit | April 26, 2022 |
| U.S. Court of Appeals for the Eleventh Circuit | August 15, 2023 |
| U.S. Court of Appeals for the Federal Circuit | August 14, 2023 |