AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi ▼

| | |
|---|---|
| International Fresh Produce Association, et al. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24cv309-HSO-BWR |
| United States Department of Labor, et al. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Julie Su, Acting U.S. Secretary of Labor, in her official capacity
United States Department of Labor, Office of the Secretary
200 Constitution Avenue, NW
Washington, DC 20210

In Care of:
Todd W. Gee, United States Attorney
1575 20th Avenue
Gulfport, MS 39501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Brant Pettis
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 10-11-24

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24cv309-HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Julie Su, Acting U.S. Secretary of Labor

was received by me on *(date)* October 15, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to Fed. R. Civ. P. 4(i)(1)-(2), I personally served the Summons on the United States Attorney for the Southern District of Mississippi via his designee, Deidre Lamppin Colson, Assistant U.S. Attorney on October 15, 2024. Copies of this Summons have been sent by registered or certified mail to the Attorney General of the United States and to Julie Su, Acting U.S. Secretary of Labor. Proof of such mailing is attached as Exhibit 1.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/15/24

*Server's signature*

Stephen L. Dickson/Runner
*Printed name and title*

1310 Twenty Fifth Avenue, Gulfport, MS 39501
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi ▼

| | |
|---|---|
| International Fresh Produce Association, et al. )<br><br>*Plaintiff(s)*<br>v.<br>United States Department of Labor, et al.<br><br>*Defendant(s)* ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:24cv309-HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jessica Looman, Administrator of the Wage & Hour Division, in her official capacity
United States Department of Labor, Wage and Hour Division
200 Constitution Avenue, NW
Washington, DC 20210

In Care of:
Todd W. Gee, United States Attorney
1575 20th Avenue
Gulfport, MS 39501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Brant Pettis
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 10-11-24

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24cv309-HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jessica Looman, Administrator of the Wage & Hour Division

was received by me on *(date)* October 15, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to Fed. R. Civ. P. 4(i)(1)-(2), I personally served the Summons on the United States Attorney for the Southern District of Mississippi via his designee, Deidre Lamppin Colson, Assistant U.S. Attorney on October 15, 2024. Copies of this Summons have been sent by registered or certified mail to the Attorney General of the United States and to Julie Su, Acting U.S. Secretary of Labor. Proof of such mailing is attached as Exhibit 1.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/15/24

*Server's signature*

Stephen L. Dickson/Runner
*Printed name and title*

1310 Twenty Fifth Avenue, Gulfport, MS 39501
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

| | |
|---|---|
| International Fresh Produce Association, et al. )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>United States Department of Labor, et al )<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 1:24cv309-HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jose Javier Rodriguez, Assistant Secretary for Employment and Training in his official capacity
U.S. Department of Labor, Employment and Training Administration
200 Constitution Avenue, NW
Washington, DC 20210

In Care of:
Todd W. Gee, United States Attorney
1575 20th Avenue
Gulfport, MS 39501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Brant Pettis
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 10-11-24

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24cv309-HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Jose Javier Rodriguez, Assistant Secretary for Employment and Training**

was received by me on *(date)* **October 15, 2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to Fed. R. Civ. P. 4(i)(1)-(2), I personally served the Summons on the United States Attorney for the Southern District of Mississippi via his designee, Deidre Lamppin Colson, Assistant U.S. Attorney on October 15, 2024. Copies of this Summons have been sent by registered or certified mail to the Attorney General of the United States and to Julie Su, Acting U.S. Secretary of Labor. Proof of such mailing is attached as Exhibit 1.

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/15/24**

*Server's signature*

**Stephen L. Dickson/Runner**
*Printed name and title*

**1310 Twenty Fifth Avenue, Gulfport, MS 39501**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi ▼

| | |
|---|---|
| International Fresh Produce Association, et al.<br><br>*Plaintiff(s)*<br>v.<br>United States Department of Labor, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24cv309-HSO-BWR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Labor
200 Constitution Ave NW
Washington, DC 20210

In Care of:
Todd W. Gee, United States Attorney
1575 20th Avenue
Gulfport, MS 39501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Brant Pettis
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 10-11-24

*Signature of Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24cv309-HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Labor
was received by me on *(date)* October 15, 2024

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to Fed. R. Civ. P. 4(i)(1)-(2), I personally served the Summons on the United States Attorney for the Southern District of Mississippi via his designee, Deidre Lamppin Colson, Assistant U.S. Attorney on October 15, 2024. Copies of this Summons have been sent by registered or certified mail to the Attorney General of the United States and to Julie Su, Acting U.S. Secretary of Labor. Proof of such mailing is attached as Exhibit 1.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/15/24

Server's signature

Stephen L. Dickson/Runner
*Printed name and title*

1310 Twenty Fifth Avenue, Gulfport, MS 39501
*Server's address*

Additional information regarding attempted service, etc: