mwe.com



October 16, 2024

*Via U.S.P.S. Certified Mail*

Julie Su
Acting U.S. Secretary of Labor
United States Department of Labor, Office of the Secretary
200 Constitution Avenue, NW
Washington, DC 20210

Re:     *International Fresh Produce Association v. U.S. Dep't of Labor*, S.D. Miss. No. 24-cv-309

Dear Sec. Su:

Enclosed please find the Complaint and Summons for service via U.S.P.S. Certified Mail in the above referenced matter.

Sincerely,

Jordan Faria
Paralegal



500 North Capitol Street, N.W.  Washington D.C.  20001-1531   Tel +1 202 756 8000   Fax +1 202 756 8087

*US practice conducted through McDermott Will & Emery LLP.*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To Jiiesu, US Dept of Labor
Street and Apt. No., or PO Box No. 200 Constitution Ave NW
City, State, ZIP+4® Washington DC 20210

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7020 3160 0000 4059 9316

# USPS Tracking®

FAQs >

Tracking Number:

Remove X

**70203160000040599316**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:45 am on October 22, 2024 in WASHINGTON, DC 20210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20210
October 22, 2024, 11:45 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                        ∨

USPS Tracking Plus®                                          ∨

Product Information                                         ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers



mwe.com

October 16, 2024

*Via U.S.P.S. Certified Mail*

Jessica Looman
Administrator of the Wage & Hour Division
United States Department of Labor, Wage and Hour Division
200 Constitution Avenue, NW
Washington, DC 20210

Re:   *International Fresh Produce Association v. U.S. Dep't of Labor*, S.D. Miss. No. 24-cv-309

Dear Ms. Looman:

Enclosed please find the Complaint and Summons for service via U.S.P.S. Certified Mail in the above referenced matter.

Sincerely,



Jordan Faria
Paralegal



500 North Capitol Street, N.W.   Washington D.C.  20001-1531   Tel +1 202 756 8000   Fax +1 202 756 8087

*US practice conducted through McDermott Will & Emery LLP.*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required      $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To  Jessica Lowman, U.S. Dept of Labor
Street and Apt. No., or PO Box No.  200 Constitution Ave NW
City, State, ZIP+4®  Washington D.C. 20210

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7020 3160 0000 4059 9286

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Jessica Looman
    U.S. Dept. of Labor
    200 Constitution Ave NW
    Washington, DC 20210

    9590 9402 6785 1074 1511 80

2. Article Number (Transfer from service label)

    20 3160 0000 4059 9286

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  D Bork
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): D Bork
C. Date of Delivery: 10-23-24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



mwe.com

October 16, 2024

*Via U.S.P.S. Certified Mail*

Jose Javier Rodriguez
Assistant Secretary for Employment and Training
U.S. Department of Labor, Employment and Training Administration
200 Constitution Avenue, NW
Washington, DC 20210

Re:   *International Fresh Produce Association v. U.S. Dep't of Labor*, S.D. Miss. No. 24-cv-309

Dear Mr. Rodriguez:

Enclosed please find the Complaint and Summons for service via U.S.P.S. Certified Mail in the above referenced matter.

Sincerely,

Jordan Faria
Paralegal



500 North Capitol Street, N.W.  Washington D.C.  20001-1531  Tel +1 202 756 8000  Fax +1 202 756 8087

*US practice conducted through McDermott Will & Emery LLP.*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)        $ _____
- ☐ Return Receipt (electronic)      $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required         $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To: Jose Javier Rodriguez, US Dept of Labor
Street and Apt. No., or PO Box No.: 200 Constitution Ave NW
City, State, ZIP+4®: Washington DC, 20210

Tracking #: 7020 3160 0000 4059 9309

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:

**70203160000040599309**

Remove X

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:34 am on October 23, 2024 in WASHINGTON, DC 20210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20210
October 23, 2024, 11:34 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers



mwe.com

October 16, 2024

*Via U.S.P.S. Certified Mail*

United States Department of Labor
200 Constitution Avenue, NW
Washington, DC 20210

Re:   *International Fresh Produce Association v. U.S. Dep't of Labor*, S.D. Miss. No. 24-cv-309

To Whom it May Concern:

Enclosed please find the Complaint and Summons for service via U.S.P.S. Certified Mail in the above referenced matter.

Sincerely,

Jordan Faria
Paralegal



**500 North Capitol Street, N.W.   Washington D.C.  20001-1531   Tel +1 202 756 8000   Fax +1 202 756 8087**

*US practice conducted through McDermott Will & Emery LLP.*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To: United States Department of Labor
Street and Apt. No., or PO Box No.: 200 Constitution Ave NW
City, State, ZIP+4®: Washington DC 20210

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0000 4059 9243

# USPS Tracking®

FAQs >

Remove X

Feedback

Tracking Number:

**70203160000040599293**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:34 am on October 23, 2024 in WASHINGTON, DC 20210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20210
October 23, 2024, 11:34 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

mwe.com

November 14, 2024

***Via U.S.P.S. Certified Mail***

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, VW
Washington, DC 20530

Re: *International Fresh Produce Association v. U.S. Dep't of Labor*, S.D. Miss. No. 24-cv-309

Dear Gen. Garland:

Enclosed please find the Complaint, Amended Complaint, and Summonses for service via U.S.P.S. Certified Mail in the above referenced matter.

Sincerely,

Jordan Faria

Jordan Faria
Paralegal

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To: Merrick Garland AG US DOJ
Street and Apt No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington DC 20530

7020 3160 0000 4059 9323

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions