UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| International Fresh Produce Association, American Farm Bureau Federation, Mississippi Farm Bureau Federation, Stone County Farm Bureau, Chamber of Commerce of the United States of America, AmericanHort, Florida Fruit & Vegetable Association, North American Blueberry Council, Texas International Produce Association, U.S. Apple Association, and the State of Mississippi,<br><br>    Plaintiffs,<br><br> v.<br><br>United States Department of Labor; Julie Su, Acting U.S. Secretary of Labor, in her official capacity; Jose Javier Rodriguez, Assistant Secretary for Employment and Training, U.S. Department of Labor, in his official capacity; and Jessica Looman, Administrator of the Wage & Hour Division, U.S. Department of Labor, in her official capacity,<br><br>    Defendants. | Case No. 1:24-cv-00309-HSO-BWR |

**<u>NOTICE OF APPEARANCE</u>**

  Please take notice that Eitan R. Sirkovich, trial attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants in the above-captioned matter. Mr. Sirkovich certifies that he has read and is familiar with the local rules.

DATED: January 16, 2025          Respectfully submitted,

1

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

<u>/s/ Eitan R. Sirkovich</u>
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*