**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

INTERNATIONAL FRESH PRODUCE ASSOCIATION, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF LABOR, *et al.*,

Defendants.

Case No. 1:24-cv-00309-HSO-BWR

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE ANSWER**

Defendants, by and through their undersigned counsel, respectfully request a one-month extension of the current deadline of February 14, 2025, to file their answer to the Amended Complaint, ECF No. 16, such that Defendants' new deadline will be March 14, 2025. The extension is necessary to allow incoming leadership at the Department of Labor time to review this litigation, including the claims that Plaintiffs and Intervenors have asserted challenging the Rule.

Counsel for Defendants conferred with counsel for private and State Plaintiffs, and both consent to the relief sought in this motion.

DATED: February 3, 2025 Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*