UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL FRESH PRODUCE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00309-HSO-BWR |

### DEFENDANTS' MOTION FOR A STAY OF PROCEEDINGS

Defendants, by and through their undersigned counsel, respectfully request a 90-day stay of proceedings. The stay is necessary to allow incoming leadership at the Department of Labor further time to review this litigation, including the claims that Plaintiffs and Intervenors have asserted challenging the Rule.

Counsel for Defendants conferred with counsel for Plaintiffs and Intervenors, and both consent to the relief sought in this motion.

DATED: February 28, 2025                    Respectfully submitted,

1

YAAKOV M. ROTH
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:  (202) 305-0693
E-mail:  michael.p.clendenen@usdoj.gov

*Counsel for Defendants*