# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL FRESH PRODUCE ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00309-HSO-BWR |

## UNOPPOSED MOTION TO WITHDRAW MICHAEL J. GAFFNEY AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), Defendants[1] respectfully move to withdraw Michael J. Gaffney of the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendants in this case. Mr. Gaffney is leaving the Department of Justice on March 7, 2025. Michael P. Clendenen and Eitan R. Sirkovich have previously entered appearances and remain as counsel for Defendants. Mr. Gaffney certifies that Defendants have been notified of the withdrawal prior to the filing of this motion. This withdrawal will not delay any proceedings.

A proposed order has been submitted to the Court.

## CERTIFICATE OF CONFERENCE

Counsel for Defendants conferred with Plaintiffs' counsel regarding this motion through email on March 3, 2025. Plaintiffs do not oppose Defendants' motion.

Dated: March 4, 2025                               Respectfully submitted,

                                                   ERIC D. McARTHUR
                                                   Deputy Assistant Attorney General

---

[1] This motion is brought on behalf of all Defendants, including the U.S. Department of Labor and the agency officials that have been sued in their official capacities.

1

Civil Division, Appellate Staff

JULIE STRAUS HARRIS
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2356
Email: michael.j.gaffney@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 4, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                   <u>*/s/ Michael J. Gaffney*</u>
                   MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
                   Trial Attorney
                   United States Department of Justice
                   Civil Division, Federal Programs Branch
                   1100 L Street, N.W.
                   Washington, D.C. 20005
                   Tel: (202) 514-2356
                   Email: michael.j.gaffney@usdoj.gov