UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL FRESH PRODUCE ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00309-HSO-BWR |

**ORDER**

This matter comes before the Court on *Defendant's Motion for a Stay of Proceedings*, ECF No. 39. Upon consideration of this Motion, and the entire record of this case, it is hereby

ORDERED that the Motion is GRANTED; and it is,

ORDERED that proceedings in this case are hereby STAYED for ninety days from the date of this order.

SO ORDERED, this the 10th day of March 2025.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE