UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL FRESH PRODUCE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00309-HSO-BWR |

**UNOPPOSED MOTION TO WITHDRAW MICHAEL P. CLENDENEN AS COUNSEL**

Pursuant to Local Rule 83.1(b)(3), Defendants[1] respectfully move to withdraw Michael P. Clendenen of the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendants in this case. Mr. Clendenen is leaving the Department of Justice in June 2025. Eitan R. Sirkovich has previously entered an appearance and remains as counsel for Defendants. Mr. Clendenen certifies that Defendants have been notified of the withdrawal prior to the filing of this motion. This withdrawal will not delay any proceedings.

A proposed order has been submitted to the Court.

**CERTIFICATE OF CONFERENCE**

Counsel for Defendants conferred with Plaintiffs' counsel regarding this motion through email on May 13, 2025. Plaintiffs do not oppose Defendants' motion.

Dated: May 14, 2025                  Respectfully submitted,

                                                    ERIC D. McARTHUR
                                                    Deputy Assistant Attorney General

---

[1] This motion is brought on behalf of all Defendants, including the U.S. Department of Labor and the agency officials that have been sued in their official capacities.

Civil Division, Appellate Staff

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN (D.C. Bar No. 1660091)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-0693
Email: michael.p.clendenen@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN (D.C. Bar No. 1660091)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-0693
Email: michael.p.clendenen@usdoj.gov
