UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL FRESH PRODUCE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00309-HSO-BWR |

**DEFENDANTS' MOTION TO EXTEND THE STAY AND CONTINUE THE JUNE 9, 2025, TELEPHONIC STATUS CONFERENCE**

Defendants, by and through their undersigned counsel, respectfully request a 90-day extension of the Court's stay of these proceedings and a continuation of the date of the telephonic status conference currently scheduled for June 9, 2025, to September 9, 2025. *See* ECF No. 41. The requested extension and continuation will allow time for new DOL leadership to arrive at its litigation position in this case. In particular, DOL is looking at all options, including reconsidering the rulemaking at issue in this case.

Counsel for Defendants conferred with counsel for Plaintiffs and Intervenors, and both consent to the relief sought in this motion.

Dated: June 6, 2025
                                                YAAKOV M. ROTH
                                                Acting Assistant Attorney General
                                                Civil Division

                                                JACQUELINE COLEMAN SNEAD
                                                Assistant Branch Director
                                                Civil Division, Federal Programs Branch

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov
