UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL FRESH PRODUCE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00309-HSO-BWR |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of June 9, 2025, the parties, having conferred, jointly submit the following update on the status of this matter.

1.  On June 20, 2025, the Department of Labor ("DOL") issued a press release and Field Assistance Bulletin in which it announced the Wage and Hour Division's suspension of all enforcement activities under the 2024 Final Rule challenged in these proceedings. *See U.S. Department of Labor Issues New Guidance to Provide Clarity for Farmers on H-2A Worker Regulations*, Press Release, U.S. DEP'T LABOR (Jun. 20, 2025) https://www.dol.gov/newsroom/releases/whd/whd20250620 (last accessed July 2, 2025); Field Assistance Bulletin No. 2025-2, U.S. DEP'T LABOR (Jun. 20, 2025) https://www.dol.gov/sites/dolgov/files/WHD/fab/fab2025-2.pdf (last accessed July 7, 2025).

2.  On July 2, 2025, DOL published a Notice of Proposed Rulemaking ("NPRM") entitled *Recission of Final Rule: Improving Protections for Workers in Temporary Agricultural Employment in the United States*. 90 Fed. Reg. 28,919, available at https://www.govinfo.gov/content/pkg/FR-2025-07-02/pdf/2025-12315.pdf (last accessed July 2, 2025).

1

3. The NPRM proposes to rescind most of the provisions of the 2024 Final Rule, including the "worker voice and empowerment" provisions challenged here. *See id.*

4. Judicial economy is served by holding this case in abeyance until there is final agency action on this rulemaking, since rescission of the 2024 Final Rule, as proposed, would likely resolve the dispute between the parties, rendering final resolution in the case moot.

5. The parties further propose to provide the Court with joint status reports apprising it of the rulemaking's status every two months until there is final agency action on the rulemaking.

Dated: July 9, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Eitan R. Sirkovich
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

*/s/Michael B. Kimberly*
Michael B. Kimberly (pro hac vice)
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5096
mkimberly@winston.com

Jonathan P. Dyal (MS Bar No. 99146)
M. Brant Pettis (MS Bar No. 101976)
Alison G. Geter (MS Bar No. 105939)
Balch & Bingham LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 864-9900
jdyal@balch.com

*Counsel for Private Plaintiffs*

*/s/ Justin L. Matheny*
Justin L. Matheny (Bar No. 100754)
Deputy Solicitor General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

*/s/Michael B. Wallace*
Michael B. Wallace (MSB #6904)
**WISE CARTER CHILD & CARAWAY, P.A.**
401 East Capitol Street, Suite 600
P.O. Box 651
Jackson, MS  39201
Tel:     601-968-5500
Fax:     601-967-5593
Email:  mbw@wisecarter.com

James C. Simpson, Jr. (MSB #6810)
**WISE CARTER CHILD & CARAWAY, P.A.**
2510 14th Street, Suite 1125
Gulfport, MS 39501
T: 228-867-7141
F: 228-867-7142
jcs@wisecarter.com

*Counsel for Mississippi Farm Bureau et al.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                               */s/ Eitan R. Sirkovich*
                                               EITAN R. SIRKOVICH
                                               Trial Attorney
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               1100 L Street, N.W.
                                               Washington, D.C. 20005
                                               Tel: (202) 353-5525
                                               Email: eitan.r.sirkovich@usdoj.gov