IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**INTERNATIONAL FRESH PRODUCE ASSOCIATION et al.**                                           **PLAINTIFF**

v.                                         CIVIL NO. 1:24-cv-00309-HSO-BWR

**UNITED STATES DEPARTMENT OF LABOR et al.**                                           **DEFENDANT**

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

This action is before the Court sua sponte. The Department of Labor has published a Notice of Proposed Rulemaking (NPRM) entitled *Recission of Final Rule: Improving Protections for Workers in Temporary Agricultural Employment in the United States,* 90 Fed. Reg. 28919-46 (July 2, 2025). The NPRM proposes to rescind most of the provisions of the 2024 Final Rule, including the "worker voice and empowerment" provisions challenged in this suit. Joint Status Rep. [45] at 2. The Court finds that, for purposes of judicial economy, this lawsuit should be stayed and administratively closed until there is final agency action on the NPRM because recission of the 2024 Final Rule, as proposed, would likely resolve the dispute between the parties and moot this lawsuit. *Id.*

Nothing contained in this Order shall be considered a dismissal or disposition of this matter. Any party may move to reopen the case no later than thirty days after there has been final agency action on the NPRM. It is the parties' responsibility to seek case management schedule modification if the case is reopened. The parties have

agreed to and will provide the Court with a joint status report every two months until there is final agency action on the rulemaking. The first status report is due September 17, 2025.

**IT IS ORDERED** that this case is **STAYED AND ADMINISTRATIVELY CLOSED** until further order of the Court.

**IT IS FURTHER ORDERED** that the parties have agreed to and will provide the Court with a joint status report every two months until there is final agency action on the rulemaking. The first status report is due **September 17, 2025**.

**SO ORDERED**, this the 17th day of July 2025.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE