UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

INTERNATIONAL FRESH PRODUCE
ASSOCIATION, *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF LABOR, *et al.*,

    Defendants.

Case No. 1:24-cv-00309-HSO-BWR

**JOINT STATUS REPORT**

Pursuant to the Court's Stay Order, ECF No. 46, the parties respectfully submit the following status report. Defendants advise the Court that, regarding the Department of Labor's (DOL) ongoing H-2A program rulemaking:

1. The public comment period for the ongoing rulemaking closed on September 2, 2025. DOL received 85 comments, which are currently under review.

2. DOL formally announced its regulatory agenda on September 4, 2025, which includes the H-2A rulemaking and can be viewed at https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202504&RIN=1205-AC25.

3. DOL's review of comments and further rulemaking steps were paused during the lapse in appropriations lasting from October 1, 2025, to November 12, 2025. DOL is now resuming rulemaking activities in the ordinary course.

The parties will continue to submit status reports every two months as previously ordered.

| | |
|---|---|
| Dated: November 17, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE |
| | Assistant Attorney General<br>Civil Division |
| | JACQUELINE COLEMAN SNEAD<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch |
| | */s/ Eitan R. Sirkovich*<br>EITAN R. SIRKOVICH<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 353-5525<br>Email: eitan.r.sirkovich@usdoj.gov |
| | *Counsel for Defendants* |
| | */s/ Michael B. Kimberly*<br>Michael B. Kimberly (pro hac vice)<br>Winston & Strawn LLP<br>1901 L Street NW<br>Washington, DC 20036<br>(202) 282-5096<br>mkimberly@winston.com |
| | Jonathan P. Dyal (MS Bar No. 99146)<br>M. Brant Pettis (MS Bar No. 101976)<br>Alison G. Geter (MS Bar No. 105939)<br>Balch & Bingham LLP<br>1310 25th Avenue<br>Gulfport, MS 39501<br>(228) 864-9900<br>jdyal@balch.com |
| | *Counsel for Private Plaintiffs* |
| | */s/ Justin L. Matheny*<br>Justin L. Matheny (Bar No. 100754)<br>Deputy Solicitor General<br>Mississippi Attorney General's Office |

2

P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

*/s/ Michael B. Wallace*
Michael B. Wallace (MSB #6904)
**WISE CARTER CHILD & CARAWAY, P.A.**
401 East Capitol Street, Suite 600
P.O. Box 651
Jackson, MS  39201
Tel:     601-968-5500
Fax:    601-967-5593
Email:  mbw@wisecarter.com

James C. Simpson, Jr. (MSB #6810)
**WISE CARTER CHILD & CARAWAY, P.A.**
2510 14th Street, Suite 1125
Gulfport, MS 39501
T: 228-867-7141
F: 228-867-7142
jcs@wisecarter.com

*Counsel for Mississippi Farm Bureau et al.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

4