# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

INTERNATIONAL FRESH PRODUCE ASSOCIATION, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF LABOR, *et al.*,

Defendants.

Case No. 1:24-cv-00309-HSO-BWR

## JOINT STATUS REPORT

Pursuant to the Court's Stay Order, ECF No. 46, the parties respectfully submit the following status report. Defendants advise that the Department of Labor's (DOL) H-2A program rulemaking activities are still ongoing and there are no additional updates at this time.

The parties will continue to submit status reports every two months as previously ordered.

Dated: January 20, 2026

Respectfully submitted,

BRETT A. SHUMATE

Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

1

/s/ Eitan R. Sirkovich
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*



/s/ Michael B. Kimberly
Michael B. Kimberly (pro hac vice)
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5096
mkimberly@winston.com


/s/ M. Brant Pettis
Jonathan P. Dyal (MS Bar No. 99146)
M. Brant Pettis (MS Bar No. 101976)
Alison G. Geter (MS Bar No. 105939)
Balch & Bingham LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 864-9900
jdyal@balch.com

*Counsel for Private Plaintiffs*

/s/ Justin L. Matheny
Justin L. Matheny (Bar No. 100754)
Deputy Solicitor General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

/s/ Michael B. Wallace
Michael B. Wallace (MSB #6904)
**WISE CARTER CHILD & CARAWAY, P.A.**

2

401 East Capitol Street, Suite 600
P.O. Box 651
Jackson, MS  39201
Tel:     601-968-5500
Fax:     601-967-5593
Email:  mbw@wisecarter.com

James C. Simpson, Jr. (MSB #6810)
**WISE CARTER CHILD & CARAWAY, P.A.**
2510 14th Street, Suite 1125
Gulfport, MS 39501
T: 228-867-7141
F: 228-867-7142
jcs@wisecarter.com

*Counsel for Mississippi Farm Bureau et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                        */s/ Eitan R. Sirkovich*
                                        EITAN R. SIRKOVICH
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, N.W.
                                        Washington, D.C. 20005
                                        Tel: (202) 353-5525
                                        Email: eitan.r.sirkovich@usdoj.gov