**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

INTERNATIONAL FRESH PRODUCE
ASSOCIATION, *et al.*,

        Plaintiffs,

        v.

U.S. DEPARTMENT OF LABOR, *et al.*,

        Defendants.

Case No. 1:24-cv-00309-HSO-BWR

**JOINT STATUS REPORT**

Pursuant to the Court's Stay Order, ECF No. 46, the parties respectfully submit the following status report. Defendants advise that the Department of Labor's (DOL) H-2A program rulemaking activities, as announced in its regulatory agenda on September 4, 2025, which can be viewed at https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202504&RIN=1205-AC25, remain ongoing and there are no additional updates at this time.

Plaintiffs respectfully state that they have no new information to provide the Court regarding the rescission of the Final Rule. The parties will continue to submit status reports every two months as previously ordered.

Dated: March 17, 2026               Respectfully submitted,

BRETT A. SHUMATE

Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Eitan R. Sirkovich
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/Michael B. Kimberly
Michael B. Kimberly (pro hac vice)
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5096
mkimberly@winston.com

/s/ M. Brant Pettis
Jonathan P. Dyal (MS Bar No. 99146)
M. Brant Pettis (MS Bar No. 101976)
Alison G. Geter (MS Bar No. 105939)
Balch & Bingham LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 864-9900
jdyal@balch.com

*Counsel for Private Plaintiffs*

/s/ Justin L. Matheny
Justin L. Matheny (Bar No. 100754)
Deputy Solicitor General
Mississippi Attorney General's Office

2

P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

*/s/ Michael B. Wallace*
Michael B. Wallace (MSB #6904)
**WISE CARTER CHILD & CARAWAY, P.A.**
401 East Capitol Street, Suite 600
P.O. Box 651
Jackson, MS  39201
Tel:     601-968-5500
Fax:     601-967-5593
Email:  mbw@wisecarter.com

James C. Simpson, Jr. (MSB #6810)
**WISE CARTER CHILD & CARAWAY, P.A.**
2510 14th Street, Suite 1125
Gulfport, MS 39501
T: 228-867-7141
F: 228-867-7142
jcs@wisecarter.com

*Counsel for Mississippi Farm Bureau et al.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ Eitan R. Sirkovich
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

4