**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| INTERNATIONAL FRESH PRODUCE ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | No. 1:24-cv-00309-HSO-BWR |

# MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.1(b)(3), Jennifer B. Dickey respectfully requests that this Court grant leave for Movant to withdraw her appearance as counsel for Plaintiff Chamber of Commerce of the United States of America.

1. Movant previously entered *pro hac vice* appearance on behalf of Plaintiff Chamber of Commerce of the United States of America.

2. Pursuant to Local Rule 83.1(b)(3), "an attorney may be released only on motion signed by the client(s) or upon a duly noticed motion to all parties, including the client, and presented to the judicial officer to whom the case is assigned, together with a proposed order authorizing counsel's withdrawal."

3. Attorney Jennifer B. Dickey will be leaving the employment of the Chamber of Commerce of the United States of America in October 2026. The Chamber of Commerce of the United States of America will continue to be represented in this matter by Michael B. Kimberly at Winston & Strawn LLP, along with Mariel A. Brookins at the Chamber of Commerce of the United States of America.

4. Therefore, Movant requests leave to withdraw her appearance.

5. The Chamber of Commerce of the United States of America consents to the requested withdrawal. This motion is unopposed by all parties.

Wherefore, Movant respectfully requests that the Court approve withdrawal of her appearance as counsel and relieve her of any further obligations in this case.

Dated: September 15, 2026

Respectfully submitted,

*<u>/s/ Jennifer B. Dickey</u>*

Jennifer B. Dickey (*pro hac vice*)
Mariel A. Brookins (*pro hac vice*)
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
202-313-8543
Email: jdickey@uschamber.com
*PRO HAC VICE*

*<u>/s/ M. Brant Pettis</u>*

Jonathan P. Dyal (MSB No. 99146)
M. Brant Pettis (MSB No. 101976)
Alison G. Geter (MSB No. 105939)
BALCH & BINGHAM LLP
1310 25th Ave
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
jdyal@balch.com
bpettis@balch.com
ageter@balch.com
*Counsel for Chamber of Commerce and Private Plaintiffs*

CLIENT ACKNOWLEDGEMENT AND CONSENT TO WITHDRAWAL

~~STATE OF~~ Washington

~~COUNTY OF~~ District of Columbia

I, the undersigned, do hereby state, on oath, that I am a duly authorized representative of Plaintiff, Chamber of Commerce of the United States of America, and that I consent to the withdrawal of representation of attorney Jennifer B. Dickey in the action styled *International Fresh Produce Association, et al., v. U.S. Department of Labor, et al.,* Case No. 1:24-cv-00309-HSO-BWR in the United States District Court for the Southern District of Mississippi.

Daryl Joseffer

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

By: Daryl Joseffer

Its: President, U.S. Chamber Litigation Center

SWORN AND SUBSCRIBED TO before me, this the 15 day of September, 2026.

Abigail Francis

NOTARY PUBLIC

ABIGAIL FRANCIS NOTARY PUBLIC DISTRICT OF COLUMBIA MY COMMISSION EXPIRES 9/30/2030

My Commission Expires: September 30, 2030

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated: September 15, 2026 *<u>/s/ M. Brant Pettis</u>*